RECEIVED
2004 JAN 29  P 1:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
JAN 29 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY D. SEGREST, JR.    *
                       *
    Plaintiff,         *
                       *
vs.                    *    Case No.: 03-A-429-N
                       *
BROOKLINE TRANSPORTATION *
CO., et al,            *
                       *
    Defendant.         *

## PLAINTIFF'S MOTION FOR CONTINUANCE

Comes now the Plaintiff by and through his attorney of record and respectfully requests this Honorable Court to reschedule the above-referenced trial from the April 12, 2004 trial docket to the August 16, 2004 trial calendar and for grounds would state as follows:

1. This cause of action arose from a automobile accident which occurred on or about the 19th day of August, 2002 wherein Plaintiff sustained serious injuries.

2. As a result of Plaintiff's injuries, Plaintiff has had to undergo major surgeries to fix and/or repair such injuries sustained as a result of said automobile accident.

3. At this time Plaintiff has not yet been released from Plaintiffs treating physician(s) relating to his surgeries. As a matter of fact, at the time that the parties submitted the proposed scheduling order in this case, it was not

known that Mr. Segrest was going to undergo a second back surgery, which surgery took place on August 12, 2003. Mr. Segrest is still recovering from that back surgery and his doctor has indicated that he cannot assign physical impairment ratings, work restrictions, etc. until Mr. Segrest reaches maximum medical improvement. Mr. Segrest will not reach maximum medical improvement for several months, and possibly longer. And, if he undergoes another surgery, which has been recommended to attempt to correct continuing problems with his foot/ankle it could be even longer until he reaches maximum medical improvement. Importantly, plaintiff's vocational disability and economic impairment experts cannot complete their reports until such time as impairment ratings, restrictions etc. are assigned. The completion of these reports are a critical part of Plaintiff's claim for damages in this case.

WHEREFORE premises considered Plaintiff respectfully requests this Honorable Court to continue said matter from the April 2004 trial docket until the August 2004 trial docket.

Respectfully submitted this the __29__ day of January, 2004

G. WILLIAM GILL (GIL024)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following by placing a copy of same in the United States mail, postage prepaid and properly addressed on this the _29_ day of January, 2004:

Russell Q. Allison
Allan S. Jones
David T. Gordon
CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

                                     _____
                                     Of Counsel